SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
MICHAEL J. CHILLEEN, Cal. Bar No. 210704
mchilleen@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Defendant,
LITTLE CAESAR ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| FRANK SINGH,<br><br>            Plaintiff,<br><br>     v.<br><br>LITTLE CAESAR ENTERPRISES, INC., as an entity and doing business as "Little Caesar's", LDC COUGAR, LLC, and DOES 1-50, inclusive,<br><br>            Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**<br><br>San Bernardino County Superior Court Case No.:  CIVSB2132271<br><br>Action Filed:   February 6, 2023<br>Trial Date:     None Set |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA:

**PLEASE TAKE NOTICE** that defendant Little Caesar Enterprises, Inc., ("Defendant") hereby removes to this Court the state court action described below:

## I. FILING AND SERVICE OF THE COMPLAINT.

1. On February 6, 2023, plaintiff Frank Singh ("Plaintiff") commenced an action in the Superior Court of the State of California for the County of San Bernardino, Case Number CIVSB2304277 by filing a Complaint entitled *"**Frank Singh v. Little Caesar Enterprises, Inc., as an entity and doing business as "Little Caesar's", LDC Cougar, LLC, and DOES 1-50, Inclusive.**"*

2. Plaintiff served the Complaint on Defendant on April 24, 2023. True and correct copies of the Summons and Complaint and all other documents are attached hereto as Exhibit "A". Defendant has not yet responded to the Complaint. To Defendant's knowledge, no other defendant has been served or named. *See Salveson vs. Western States Bankcard Ass'n*, 731 F.2d 1423, 1429 (9th Cir. 1984) (defendant need not join in or consent to the notice of removal if the nonjoining defendant has not been served with process in the state action at the time the notice of removal is filed.).

## II. THIS COURT HAS FEDERAL QUESTION JURISDICTION.

3. This action is a civil action for which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and is one which may be removed pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1443, in that it appears from the Complaint that Plaintiff has filed a civil rights action, and his claims are founded on a claim or right arising under the laws of the United States.

4. More specifically, it appears from the Complaint that this is a civil rights action alleging violations of the Americans with Disabilities Act, 42 U.S.C. § 12182 *et seq.* (Complaint ¶¶ 3, 6, 12, 20, 21-25, 28 and 31).

### III.  THIS NOTICE OF REMOVAL IS TIMELY AND PROPERLY FILED.

5. The filing of this Notice of Removal is filed within the time period required under 28 U.S.C. § 1446(a).

6. Defendant will give written notice of the filing of this Notice of Removal to all adverse parties as required by 28 U.S.C. § 1446(d) and will file a copy of this Notice of Removal within the law division of the Superior Court of California, County of San Bernardino, as further required by that Section.

7. Venue is proper in this Court because the action is being removed from the Superior Court in the County of San Bernardino.

8. The undersigned counsel for Defendant has read the foregoing and signs the Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

WHEREFORE, Defendant prays that the above action now pending against it in the Superior Court of the County of San Bernardino be removed to this Court.

Dated:  May 13, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      /s/ *Gregory F. Hurly*
GREGORY F. HURLY

Attorneys for Defendant,
LITTLE CAESAR ENTERPRISES, INC.