1  DANIEL MALAKAUSKAS, *Cal. Bar. No.:265903*
   MALAKAUSKAS LAW, APC
2  7345 South Durango Drive
   Suite B-107-240
3  Las Vegas, NV 89113
   Tel: 866-790-2242 / Fax: 888-802-2440
4  daniel@malakauskas.com

5
   *Attorney for Plaintiff:* **Frank Singh**
6

7
   GREGORY HURLEY, *Cal. Bar No.: 126791*
8  MICHAEL CHILLEEN, *Cal. Bar No.: 210704*
   SHEPPARD MULLIN LLP
9  650 Town Center Drive, Floor 10
   Costa Mesa, CA 92626
10 Tel: 714-513-5100/Fax: 714-513-5130
   Email: ghurley@sheppardmullin.com
11 mchilleen@sheppardmullin.com

12
   *Attorneys for Defendant:* ***Little Caesar Enterprises, Inc.,***
13 **And LDC Cougar LLC**

14

15                    **UNITED STATES DISTRICT COURT**

16                    **CENTRAL DISTRICT OF CALIFORNIA**

17                              **EASTERN DIVISION**

18

19 **FRANK SINGH**,                        | **Case No.: 5:23-cv-0864-DSF-SP**

20              Plaintiff,

21                                          **NOTICE OF SETTLEMENT AND STIPULATED REQUEST: 1) TO VACATE STATUS CONFERENCE; and, 2) FOR AN EXTENSION TO FILE DISMISSAL**
22    v.

23

24 **LITTLE CAESAR ENTERPRISES, INC.**, as    **Date: July 17th, 2023**
   an entity and doing business as "Little    **Time: 11:00 A.M.**
25 Caesar's", **LDC COUGAR, LLC,** and DOES    **Courtroom: 9D**
   1-50, Inclusive,                           **Judge: Dale S. Fischer**
26

27              Defendants.

28

1
2   **LET THIS HONORABLE COURT TAKE NOTICE**: that the Parties hereby submit this
3   Notice of Settlement to notify the Court that the lawsuit has been settled.  The Parties also make a
4   stipulated request for ninety days (90) in which to file the dismissal in order to ensure that the Parties
5   are able to perform under the terms of the settlement agreement.  <u>In addition, the Parties ask that the
6   status conference set for July 17th, 2023, at 11:00 a.m. be vacated.</u>
7
8   **IT IS HEREBY STIPULATED.**
9
10  Date:  July 10th, 2023                              /s/Daniel Malakauskas_____
                                                        By: Daniel Malakauskas, of,
11                                                      MALAKAUSKAS LAW, APC,
12                                                      Attorney for Plaintiff

13  Date:  July 10th, 2023                              /s/Gregory Hurley_____
                                                        By: Gregory Hurley, of,
14                                                      SHEPPARD MULLIN LLP, Attorney
                                                        for Defendants, *Little Caesar*
15                                                      *Enterprises, Inc., And LDC Cougar*
16                                                      *LLC*