DANIEL MALAKAUSKAS, *Cal. Bar. No.:265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff*: **Frank Singh**

GREGORY HURLEY, *Cal. Bar No.: 126791*
MICHAEL CHILLEEN, *Cal. Bar No.: 210704*
SHEPPARD MULLIN LLP
650 Town Center Drive, Floor 10
Costa Mesa, CA 92626
Tel: 714-513-5100/Fax: 714-513-5130
Email: ghurley@sheppardmullin.com
mchilleen@sheppardmullin.com

*Attorneys for Defendant*: **Little Caesar Enterprises, Inc., And LDC Cougar LLC**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| **FRANK SINGH**, <br><br> Plaintiff, <br><br> v. <br><br> **LITTLE CAESAR ENTERPRISES, INC.**, as an entity and doing business as "Little Caesar's", **LDC COUGAR, LLC,** and DOES 1-50, Inclusive, <br><br> Defendants. | Case No.: **5:23-cv-0864-DSF-SP** <br><br> **STIPULATED DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Date:   August 14th, 2023               /s/Daniel Malakauskas_____
                                        By: Daniel Malakauskas, of,
                                        MALAKAUSKAS LAW, APC,
                                        Attorney for Plaintiff

Date:   August 14th, 2023               /s/Gregory Hurley_____
                                        By: Gregory Hurley, of,
                                        SHEPPARD MULLIN LLP, Attorney
                                        for Defendants, *Little Caesar
                                        Enterprises, Inc., And LDC Cougar
                                        LLC*